**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 24-22645-CV-MIDDLEBROOKS/Matthewman

BYRAMI JAVAT,

    Petitioner,

v.

WARDEN, FCI MIAMI,

    Respondent.
_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Edwin G. Torres's Amended Report and Recommendations ("Report"), issued on September 23, 2025. (DE 33). The Report recommends granting in part Petitioner Byrami Javat's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*). Both Respondent and Petitioner filed objections to the Report on November 14, 2025. (DE 43, DE 44). Petitioner filed a response to the Respondent's objections. (DE 45).

I have conducted a *de novo* review of the Report, the briefing on objections, applicable law, and the record as a whole. Upon review, I agree with Magistrate Judge Torres's conclusion that Mr. Javat's Petition and his Motion for Relief in Support of Settlement should be granted in part. Accordingly, it is **ORDERED AND ADJUDGED** that:

  (1) The Parties' Objections to the Magistrate's Report (DE 43, DE 44) are **OVERRULED**.

  (2) Magistrate Judge Torres's Report (DE 33) is hereby **ADOPTED**.

  (3) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED IN PART**, as set forth in the Report, to the extent that the Government and the BOP failed

to grant Petitioner the full Time Credits he was entitled to following the date of his sentence.

(4) Petitioner's Motion for Relief in Support of Settlement (DE 23) is **GRANTED IN PART**, to the same extent, and as stipulated by the Government.

(5) All remaining relief requested in the Petition **DENIED**.

(6) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 12th day of December, 2025.

Donald M. Middlebrooks
United States District Judge

Copies to: Magistrate Judge Torres;
Counsel of Record;